# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

SAMUEL SHABAZ

**FILED**
KC
DEC 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

CASE NUMBER: 07CR 0855

MAGISTRATE JUDGE SCHENKIER

I, Bryan Watson, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 1, 2007__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant SAMUEL SHABAZ did

by force and violence, and intimidation, take from the person and the presence of others, on or about October 01, 2007, money belonging to and in the care, custody, control, management, and possession, of the TCF Bank, 9801 S. Cicero Avenue, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof: __X__ Yes  ___ No

_(signature)_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__December 19, 2007__  at  __Chicago, Illinois__
Date                                             City and State

Sidney I. Schenkier U.S. Magistrate Judge      _(signature)_
Name & Title of Judicial Officer               Signature of Judicial Officer

| | |
|---|---|
| **STATE OF ILLINOIS** | ) |
| | )   SS |
| **COUNTY OF COOK** | ) |

## AFFIDAVIT

I, Bryan K. Watson, being duly sworn under oath, depose and state the following:

### Background of Affiant

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for nearly three and one half years. I am assigned to the FBI Chicago Division Field Office, South Resident Agency, Violent Crimes and Major Offenses Unit, where my duties include the investigation of various violent crimes, including bank robberies in violation of Title 18, United States Code, Section 2113.

### Basis of Knowledge and Purpose of Affidavit

2. I make this affidavit from personal knowledge and participation in the investigation, reports that I have read related to this investigation, and conversations I have had with others who have knowledge of the events described within. The information below is provided for the limited purpose of establishing probable cause to file a complaint and obtain an arrest warrant charging SAMUEL SHABAZ with bank robbery in violation of Title 18, U.S.C. § 2113(a). Because the information set forth below is for the limited purpose of establishing probable cause to obtain an arrest warrant, it does not contain all of the facts of which I am aware relating to this investigation.

### October 1, 2007, TCF Bank, Oak Lawn, IL

3. On October 1, 2007, at approximately 8:04 a.m., a white/Hispanic male individual robbed the TCF Bank ("Bank"), located at 9801 Cicero Avenue, Oak Lawn, IL. According to bank employees A and B and my review of the surveillance video, the male (later identified as Samuel Shabaz ("Shabaz")) was wearing a gray "hoodie" sweatshirt, gray sweat pants, a blue and white bandana over his mouth, black sunglasses, and a baseball cap with the number "2" on the front. He also wore an apparent fake mustache and beard, and had surgical tape across the bridge of his nose.

4. According to employees A and B, as they were approaching the Bank, Shabaz appeared from the side pathway. As Shabaz approached the employees, he dropped a radio on the ground. Shabaz bent over to pick up the radio, at which time employees A and B saw that Shabaz was in possession of hand gun. After picking up the radio, Shabaz approached the employees and forced them inside the Bank. I have reviewed the surveillance video and, in addition to dropping the radio, it appears that Shabaz dropped an earpiece directly in front of the entrance to the bank, which was later recovered by law enforcement.

5. Once inside the bank, Shabaz told employee B, "you're a big guy, don't be a hero" and pressed what felt like a gun into his back. Shabaz then followed the employees to the rear of the bank, and instructed one of the employees to turn off the lights.

6. After the lights were off, Shabaz told the employees to go to the money vault, and ordered employee B to the floor while employee A opened the vault to the door. Shabaz stated, "I know how this works, a manager does not have to be here to open the vault".

7. After employee A opened the vault, Shabaz handed employee A two bags and told employee A to fill the bags with money. Shabaz also told employee A not to put dye packs in the bags.

8. While employee A filled the bags with money, Shabaz ordered employee B to the ground and tied him up with nylon rope. Shabaz stated "don't try anything, I have a .380. If you do anything I'm going to shoot you, this won't be the first time I've shot someone."

9. After employee A emptied the vault, Shabaz tied her hands and feet together with one piece of rope. Shabaz then entered the rear "communications" room of the bank and ripped the telephone wires from the wall. Shortly thereafter, Shabaz grabbed the bags filled with the money and exited the bank. The total loss to the bank was later determined to be approximately $51,091.00.

10. The bank possesses a closed circuit video surveillance system. The robbery was captured on this system. In addition to video surveillance, there are photos that were printed from the surveillance footage. I have viewed the photographs and the video tape from the robbery.

11. On October 1, 2007, the TCF Bank was and is an institution whose funds are insured by the Federal Deposit Insurance Corporation.

### Identification of SAMUEL SHABAZ

12. During the investigation, immediately following the bank robbery, law enforcement recovered an earpiece directly in front of the bank's entrance. Based on the bank's

surveillance tape, prior to the bank robbery, it appears that there were no items on the ground directly in front of the bank's entrance. Once Shabaz commenced to rob the bank, it appears that he dropped the earpiece prior to entering the bank. The earpiece was forwarded to the Illinois State Police Crime Laboratory for DNA analysis.

13. On December 16, 2007, the Illinois State Police Laboratory notified affiant that the earpiece submitted for DNA analysis from the October 1, 2007 bank robbery, contained DNA belonging to SAMUEL SHABAZ, date of birth March 15, 1963, and Illinois State Identification Number 37462930.

14. The description of the bank robber's physical characteristics provided by employees A and B matches the physical description of Shabaz in the State of Illinois driver's license database and the National Criminal Information Center. Additionally, in the past, Shabaz has been convicted of three robberies, the most recent of which was 1997.

## Conclusion

Based on the foregoing, I believe there is probable cause to believe that SAMUEL SHABAZ by force and violence, and intimidation, took from the person and presence of others money belonging to and in the care, custody, control, management, and possession of the TCF Bank, 9801 Cicero Avenue, Oak Lawn, Illinois, on October 01, 2007, a federally insured institution, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT

_____
BRYAN K. WATSON, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before
me this 19th day of December, 2007

_____
United States Magistrate Judge