# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 - 1 | **DATE** | 12/19/2007 |
| **CASE TITLE** | United States of America vs. Samuel Shabaz | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Samuel Shabaz pursuant to criminal complaint filed on 12/19/07.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|