# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Samuel Shabazz | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/21/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Ellen Domph as counsel for the defendant pending the filing of a financial affidavit. Enter order appointing Ellen Domph as counsel for defendant. The government moves for detention. A detention hearing is set for 12/28/07 at 11:00 a.m.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|