## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 855 - 1 | DATE | 12/28/2007 |
| CASE TITLE | United States of America vs. Samuel Shabazz | | |

Case called for detention hearing. The defendant waives detention hearing. The government's motion for detention is granted without findings and without prejudice to defendant's right to move for pretrial release on conditions at a later time. The defendant will be detained in custody pending trial or order of the Court. Preliminary examination hearing set for 1/9/08 at 10:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | mm |
|---|---|---|