JUDGE CONLON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MAGISTRATE JUDGE SCHENKIER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 855 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 2113(a). |
| SAMUEL SHABAZ | ) | |

**FILED**

JAN - 8 2008

JAN 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**COUNT ONE**

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about October 1, 2007, at Oak Lawn, in the Northern District of Illinois, Eastern

Division,

### SAMUEL SHABAZ,

by force and violence, and intimidation, did take from the person and the presence of others

money belonging to, and in the care, custody, control, management, and possession, of the

TCF Bank, 9801 S. Cicero Avenue, Oak Lawn, Illinois, the deposits of which were then

insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Codes, Section 2113(a).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY