Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 1/15/2008 |
| **CASE TITLE** | USA vs. SHABAZ | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant Shabaz pleads not guilty. Government shall comply with Local Rule 16 by 1/18/08. Trial is set on 4/7/08 @ 9:00 am. Pretrial motions shall be filed by 2/11/08. Pretrial conference is set on 3/3/08 @ 3:00 pm, guilty plea, if any, to be offered by 3/3/08.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|