IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 855 |
| v. | ) | |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZZ | ) | |

**AGREED MOTION FOR EXCLUSION OF TIME**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for exclusion of time under the Speedy Trial Act. In support of this motion, the Government states as follows:

1. On December 21, 2007, the defendant was arrested pursuant to criminal complaint. The defendant appeared for an initial appearance. On January 8, 2008, within thirty days of his arrest, the defendant was charged in the Northern District of Illinois in a one count indictment alleging that he by force and violence, and intimidation, did take from the person and the presence of others money belonging to, and in the care, custody, control, management, and possession, of the TCF Bank, 9801 S. Cicero Avenue, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S. C. § 2113 (a).

2. The defendant appeared for an arraignment before this Court on January 15, 2008, at which time trial was scheduled to commence on April 7, 2008. Ellen R. Domph appeared on behalf of the defendant. A pre-trial conference date was set for March 3, 2008. Pre-trial motions shall be filed by February 11, 2008.

3. The government moves to exclude time under the Speedy Trial Act from January 15, 2008, through and including February 11, 2008.

    a. Under 18 U.S.C. § 3161(c)(1), the trial of a defendant "shall commence within seventy days from the filing date (and making public) of the information or indictment, or *from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.*"  In this case, the defendant first appeared before this Court on January 15, 2008.  Therefore, under 18 U.S.C. § 3161(c)(1), the defendant's trial must commence within seventy days of January 15, 2008, unless the Court finds that time is excluded.

    b. In this case, the Court set dates by which the parties must prepare and file pretrial motions and responses to the same.  Thus, time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F).

  4. Counsel for defendant has no objection.

  5. A proposed agreed order reflecting the same follows.

             Respectfully submitted,

             PATRICK J. FITZGERALD
             United States Attorney

             /sNathalina A. Hudson
      By: Nathalina A. Hudson
             Assistant United States Attorney
             219 S. Dearborn Street
             Chicago, Illinois  60604
             (312) 353-1123

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents: **AGREED MOTION FOR EXCLUSION OF TIME**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on January 22, 2008, to the following non-ECF filers:

Ellen R. Domph
Law Offices of Ellen R. Domph
53 W. Jackson Blvd.
Chicago, IL 60604

By:    s/Nathalina A. Hudson
NATHALINA A. HUDSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1123