IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  07 CR 855 |
| | ) | Judge Suzanne Conlon |
| | ) | |
| SAMUEL SHABAZ | ) | |

**AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States

Attorney for the Northern District of Illinois, respectfully moves this Court for permission to issue

early return trial subpoenas.  In support of this motion, the Government states as follows:

1.     The trial date is set for April 7, 2008.  The Government requests the opportunity to

issue early return trial subpoenas in anticipation of the trial date.

2.     Counsel for defendant has no objection, so long as she may also have the opportunity

to issue early return trial subpoenas.

3.     The parties have agreed to produce to each other any material obtained by early

return trial subpoenas.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

s//Nathalina A. Hudson
By: Nathalina A. Hudson
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois  60604
(312) 353-1123

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

### AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS

were served on January 30, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/Nathalina A. Hudson
NATHALINA A. HUDSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1123