IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JAN 2 8 2008

| UNITED STATES OF AMERICA | ) | No. 07 CR 855 JUDGE SUZANNE B. CONLON |
|---|---|---|
| v. | ) | United States District Court |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ | ) | |

### ORDER TO EXCLUDE TIME

THIS CAUSE coming to be heard upon the government's motion to exclude time, pursuant to 18 U.S.C. § 3161, the Court hereby finds:

1. The defendant appeared for arraignment on January 15, 2008. At the arraignment, trial in this matter was set to commence on April 7, 2008.

2. A pretrial conference was set for March 3, 2008.

3. Time is ordered excluded in this matter for pretrial preparation and the filing of pretrial motions, pursuant to 18 U.S.C. § 3161(h)(1)(F).

4. Time is ordered excluded from January 15, 2008, through and including February 11, 2008.

ENTER:

*Suzanne B. Conlon*
SUZANNE E. CONLON
United States District Court Judge