UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| . | ) | No.  07 CR 855 |
| | ) | Judge Suzanne Conlon |
| | ) | |
| SAMUEL SHABAZ | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Thursday, February 7, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Suzanne Conlon, in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the

## MOTION FOR REFERRAL TO MAGISTRATE JUDGE,

in the above-captioned case, at which time and place you may appear if you see fit.


                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney


Dated: February 4, 2008         By:    s/Nathalina A. Hudson
                                        MEGHAN C. MORRISSEY
                                        Assistant United States Attorney
                                        219 S. Dearborn St.
                                        Chicago, Illinois  60604
                                        (312) 353-1123

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**NOTICE OF MOTION FOR
MOTION FOR REFERRAL TO MAGISTRATE JUDGE**

were served on February 4, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Nathalina A. Hudson/s
NATHALINA A. HUDSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1123