IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 855 |
| | ) | Judge Suzanne Conlon |
| | ) | |
| SAMUEL SHABAZ | ) | |

**MOTION FOR REFERRAL TO MAGISTRATE JUDGE**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for permission to present the Magistrate Judge with a Search Warrant and Affidavit for a DNA sample from Samuel Shabaz ("Shabaz"). In support of this motion, the Government states as follows:

1.  On December 21, 2007, pursuant to a federal arrest warrant issued by Magistrate Judge Sidney Schenkier, agents of the Federal Bureau of Investigation arrested Shabaz inside the residence of 12703 S. Carondolet Avenue.

2.  On December 16, 2007, the Illinois State Police Laboratory notified the FBI that the earpiece submitted for DNA analysis from the October 1, 2007 bank robbery matched DNA belonging to SAMUEL SHABAZ, which was located in the DNA Index. The laboratory requested that a known DNA sample from SHABAZ be submitted to the lab for confirmatory forensic analysis.   3.   The government has prepared a Search Warrant and Affidavit for a DNA sample from Samuel Shabaz.

4.      The trial date is set for April 7, 2008. The Government requests the opportunity to present Magistrate Judge Schenkier with a Search Warrant and Affidavit for a DNA sample from Samuel Shabaz.

      Respectfully submitted,

      PATRICK J. FITZGERALD
      United States Attorney

      s//Nathalina A. Hudson
      By: Nathalina A. Hudson
      Assistant United States Attorney
      219 S. Dearborn Street
      Chicago, Illinois  60604
      (312) 353-1123

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**MOTION FOR REFERRAL TO MAGISTRATE JUDGE**

were served on February 4, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Nathalina A. Hudson/s
NATHALINA A. HUDSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1123
