# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 - 1 | **DATE** | 2/6/2008 |
| **CASE TITLE** | United States of America vs. Samuel Shabazz | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 2/11/08 at 10:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|