IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07- CR-855 |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ, | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

TO:   United States Attorney's Office
       AUSA Nathalina Hudson
       219 South Dearborn St.
       Chicago, Illinois 60604

   I, ELLEN R. DOMPH, Attorney at Law, hereby certify that I hand delivered/

*electronically served* /mailed/ faxed copies of ***OBJECTION TO REFERRAL TO***

***MAGISTRATE & ISSUANCE OF A SEARCH WARRANT & FOR APPOINTMENT OF AN***

***EXPERT*** to the above mentioned persons on the February 6, 2008.


S/ELLEN R. DOMPH


ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525