UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 0855 |
| | ) | |
| v. | ) | Judge Suzanne B. Conlon |
| | ) | |
| SAMUEL SHABAZ | ) | |

ADDITION OF COUNSEL

Please take notice that in addition to Assistant United States Attorney Nathalina Hudson, Assistant United States Attorney Michelle Nasser Weiss has been designated as an attorney in the above captioned case on behalf of the United States Government.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Michelle Nasser Weiss
    MICHELLE NASSER WEISS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6201

February 8, 2008

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

ADDITION OF COUNSEL

were served on February 8, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

    s/ Michelle Nasser Weiss
    MICHELLE NASSER WEISS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6201