IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 855 |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO PRESERVE
HANDWRITTEN NOTES OF GOVERNMENT AGENTS**

Now comes, **SAMUEL SHABAZ**, by his attorney, ELLEN R. DOMPH, hereby moves this Honorable Court to order the Government to preserve all notes taken by government agents during interviews of any witnesses or the defendant.

1. Pursuant to the Jencks Act, 18 U.S.C. Sec. 3500 (1982), the government must produce witness' statements in the possession of the United States which relate to subject matter as to which the witness has testified. Case law provides that notes of a witness' interview may constitute Jencks Act material, and the decision whether such notes must be produced is for the Court, not the government. United States v. Wables, 731 F.2d 440, 443, 445 (7th Cir. 1984). Moreover, such notes also may be discoverable pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and Rule 16 of the Federal Rules of Criminal Procedure as recently amended.

2. Since handwritten notes made by agents may be discoverable pursuant to the Jencks Act and Brady v. Maryland, the defendant requests this Court to enter an order requiring the government to preserve all notes taken by agents during interviews of witnesses and the defendant, and include all notes taken from the date of this order until

the date of trial.

      WHEREFORE, Defendant prays this Honorable Court to grant the instant motion.

                        Respectfully submitted,

                        S/Ellen R. Domph
                        ELLEN R. DOMPH
                        Attorney for Defendant

ELLEN R. DOMPH
53 West Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525