UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 855 |
| | ) | |
| SAMUEL SHABAZ, | ) | Judge Suzanne Conlon |
| | ) | |
| Defendant. | ) | |

**MOTION TO PRODUCE CERTAIN ITEMS**

Now comes the Defendant, **SAMUEL SHABAZ**, by his attorney, ELLEN R. DOMPH, and respectfully moves this Court for an order, pursuant to Federal Rule of Criminal Procedure 16, requiring the government to disclose the following information to him.

On February 11, 2008, Judge Schenkier appointed an expert witness for Mr. Shabaz in the area of DNA analysis and testing. The government previously submitted to the Illinois State Police forensic science laboratory for DNA testing a piece of evidence it contends is linked to the charge alleged in the indictment. In addition, the government is seeking to obtain a known sample from Mr. Shabaz for further DNA testing. In order to adequately defend against the government's alleged DNA evidence, Mr. Shabaz needs the following items to be produced for his expert's review:

1. A copy of the complete laboratory case file for Agency case # 07-33202, including all raw data, bench notes, slot clots, forms and paperwork, electropherograms (i.e. Gene Scan and/or Genotyper), all technical or peer reviews, and plate sheets. Please also include a CD copy of the electropherograms;

2. A copy of the allele frequency tables used to calculate the statistics and the frequency calculations performed in this case;

3. A copy of the laboratory procedural manual in effect at the time of testing of Agency case # 07-33202

4. A copy of the QA an QC manuals used at the time of the testing of Agency case # 07-33202;

5. The results of external assessments, including quality assurance audit documents for forensic DNA and convicted offenders DNA Databasing laboratories, and any deficiencies from accrediting bodies in effect at the time of the testing of Agency case # 07-33202. If any deficiencies were reported, include the responses submitted to the assessors;

6. All corrective action reports generated by DNA/Serology laboratory in the last two (2) calendar years; and

7. Proficiency test results and credentials of the analyst(s) performing the testing of Agency case # 07-33202.

WHEREFORE, **SAMUEL SHABAZ** prays this Honorable Court grant his aforestated motion.

Respectfully submitted,

S/Ellen R. Domph

Ellen R. Domph
53 W. Jackson Blvd., Suite 1544
Chicago, IL 60604
312-922-2525