**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 07 CR 855 |
| | ) | |
| **SAMUEL SHABAZ,** | ) | Judge Suzanne Conlon |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR DISCOVERY OF CERTAIN**
**ITEMS IN THE GOVERNMENT'S POSSESSION**

Now comes the Defendant, **SAMUEL SHABAZ**, by his attorney, ELLEN R. DOMPH, and respectfully moves this Court for an order, pursuant to Federal Rule of Criminal Procedure 16, requiring the government to disclose the following information to him. In support of the motion, the defendant states as follows:

1. Defendant requests this Court order the government, pursuant to Rule 16(a)(1)(F)(G), to disclose not later than 45 days prior to trial the identity and qualifications of any expert witness the government intends to call at trial to offer expert testimony, a summary of that testimony, the witnesses' opinions and the bases and reasons for those opinions. The Committee Notes to Rule 16 emphasize the purpose of the rule is to "minimize surprise" to the parties and "to provide the opponent with a fair opportunity to test the merits of the expert's testimony through focused cross-examination." Thus, the Committee Notes further state that the disclosure must be in a "timely fashion."

2. Further, pursuant to Federal Rule of Criminal Procedure 12(4)(b), the defendant requests this Court order the government to immediately disclose each and every item of evidence it intends to introduce in its case-in-chief so that the defendant may prepare motions to suppress/exclude, where appropriate, the introduction of such exhibits. Each item must be specifically identified so that the defense can determine whether a motion to suppress should be

filed.  United States v. Kelly, 120 F.R.D. 103, 107 (E.D. Wis. 1988).

      WHEREFORE, the Defendant respectfully requests that this Court enter an order requiring the government to provide discovery and notice of the above identified items.

      Respectfully submitted,

      S/ Ellen R. Domph
      Attorney for Defendant

ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525