IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 855 |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO REQUIRE NOTICE OF INTENTION TO
USE OTHER CRIMES, WRONGS OR ACTS EVIDENCE**

Defendant, **SAMUEL SHABAZ** by and through his attorney, ELLEN R. DOMPH, moves this Honorable Court to enter an order pursuant to Federal Rules of Evidence 404(b) and 608(b) requiring the government to give notice of its intention to use at trial, in any examination of the defendant or in its rebuttal case, the following:

1. Evidence of "other crimes, wrongs or acts" of the defendant, pursuant to the Rule 404(b) of the Federal Rules of Evidence.

In regard to said notice, the government should identify and describe:

(i)   The dates, times, places and persons involved in said crimes, wrongs, or acts;

(ii)  The statements of each participant in said other crimes, wrongs or acts;

(iii) The documents that contain evidence of said other crimes, wrongs or acts, including when the documents were prepared,

who prepared the documents and who has possession of the documents; and

(iv)  The relevancy that such other crimes, wrongs or acts evidence, pursuant to Federal Rule of Evidence 404(b), has to the case at bar.

2. Evidence of "specific instances of conduct" of the defendant pursuant to Rule 608(b) of Federal Rules of Evidence should the defendant testify.

In regard to said notice, the government should identify and describe:

(i) The dates, times places and persons involved in said specific acts of misconduct;

(ii) The statements of each participant in said specific acts of misconduct;

(iii) The documents which contain evidence of said specific acts of misconduct, including when the documents were prepared, who prepared the documents, and who has possession of the documents; and

(iv) The good faith basis on which the government relies in seeking to examine any defendant under 608(b).

WHEREFORE, Defendant requests the instant motion be granted.

Respectfully submitted,

S/ ELLEN R. DOMPH
53 W. Jackson Blvd., #1544
Chicago, IL 60604
312-922-2525