IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 07- CR-855 |
| | ) | **Judge Suzanne Conlon** |
| **SAMUEL SHABAZ,** | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

TO:   United States Attorney's Office
AUSA Nathalina Hudson
219 South Dearborn St.
Chicago, Illinois 60604

I, ELLEN R. DOMPH, Attorney at Law, hereby certify that I hand delivered/ *electronically served* /mailed/ faxed copies of **PRETRIAL MOTIONS** to the above mentioned persons on the February 11, 2008.


S/ELLEN R. DOMPH


ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525