Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 2/14/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. SAMUEL SHABAZ | | |

**DOCKET ENTRY TEXT**

Government's consolidated motions in limine [30]; defendant Samuel Shabaz's motion to produce certain items [24]; defendant's motion to suppress [25]; defendant's motion for discovery of certain items in the government's possession [26]; defendant's motion for immediate disclosure of favorable evidence [27]; and defendant's motion to require notice of intention to use other crimes, wrongs or acts evidence are taken under advisement. Responses are due by February 26, 2008. Hearing set on all motions on March 3, 2008 at 9:30 a.m.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|