UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 855 |
| | ) | |
| SAMUEL SHABAZ, | ) | Judge Suzanne Conlon |
| | ) | |
| Defendant. | ) | |

**MOTION TO SET EVIDENTIARY HEARING FOR MOTION TO SUPPRESS & TO RE-SET CERTAIN DATES**

Now comes Samuel Shabaz, by his attorney Ellen R. Domph moves this Honorable Court to set a hearing date for Mr. Shabaz's Motion to Suppress Statements and Evidence, and to re-set previously set dates. In support thereof it is stated:

1. On February 11, 2008 Mr. Shabaz filed several pre-trial motions, one being a motion to suppress statements and evidence. Said motion requires an evidentiary hearing.

2. This Court previously set a plea cut-off date, or a pre-trial conference date on March 3, 2008, whichever is appropriate, and a trial date of April 7, 2008. In addition, on February 20, 2008, this court issued an order setting a hearing for all motions on March 3, 2008 at 9:30 a.m.

3. Mr. Shabaz has not yet received the government's Rule 16 discovery pertaining to alleged DNA evidence that is material to his defense, and therefore, cannot proceed to a pre-trial conference or change of plea on March 3, 2008 for the reasons stated in a motion to preclude such evidence filed herewith. Moreover,

since Mr. Shabaz is unaware of the exact dates he will receive the DNA results from the new testing (which has not yet occurred) from the government or Mr. Shabaz's expert, the April 7, 2008 trial date may not provide his counsel with adequate time to provide effective assistance of counsel, through no fault of hers or Mr. Shabaz.

4. In addition, it is unclear whether this Court intends to conduct an evidentiary hearing on March 3, 2008 with regard to Mr. Shabaz's motion to suppress; but if so, counsel requests another date, convenient to this Court, because she will be engaged in a state court trial involving shaken baby syndrome on February 28 & 29, 2008 in the Circuit Court of Cook County, making it very difficult to meet with her client, who may be a witness, beforehand, due to him being incarcerated out of town in Kankakee county jail.

WHEREFORE, Mr. Shabaz prays this Honorable Court set a hearing date for his motion to suppress, and re-set the plea or pre-trial conference date, as well as the trial date, if all critical matters cannot be resolved within a reasonable time prior to the present trial date, due to the complexity of this case.

Respectfully submitted

S/Ellen R. Domph

Ellen R. Domph
53 W. Jackson Blvd., Suite 1544
Chicago, IL 60604
312-922-2525

2