IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07- CR-855 |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ, | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   United States Attorney's Office
      AUSA Nathalina Hudson
      Michelle Nasser Weiss
      219 South Dearborn St.
      Chicago, Illinois 60604

    Please be advised that on February 27, 2008 at 9:00 a.m. I shall appear before the Honorable Suzanne Conlon, United States District Court for the Northern District of Illinois, and present the attached ***MOTIONS TO PRECLUDE GOVERNMENT FROM USING DNA EVIDENCE AT TRIAL & TO SET EVIDENTIARY HEARING FOR MOTION TO SUPPRESS & RE-SET CERTAIN DATES***

                        S/Ellen R. Domph
                        ELLEN R. DOMPH


### CERTIFICATE OF SERVICE

    I, ELLEN R. DOMPH, Attorney at Law, hereby certify that I caused to mailed/hand delivered/*electronically mailed* /faxed/copies of the attached Motions to the aforementioned persons on the 21st day of February 2008.

                        S/Ellen R. Domph
                        ELLEN R. DOMPH

ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525