UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 844 |
| v. | ) | |
| | ) | Judge Suzanne B. Conlon |
| SAMUEL SHABAZ | ) | |

### Certificate of Service

I, Nathalina A. Hudson, Assistant United States Attorney, hereby certify that I electronically served Ellen Domph, 53 W. Jackson, Blvd. with copies of the government's responses to the defendant's pretrial motions on February 26, 2008.

PATRICK J. FITZGERALD

United States Attorney

/s/ Nathalina A. Hudson

NATHALINA A. HUDSON

Assistant United States Attorney

219 South Dearborn Street

Chicago, Illinois  60604

(312) 353-1123