KC FILED
FEB 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
FEB 27 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 855 |
| | ) | |
| v. | ) | Violations: Title 18, United |
| | ) | States Code, Section 2113 (a) |
| SAMUEL SHABAZ | ) | |
| | ) | |
| | ) | **SUPERSEDING INDICTMENT** |

JUDGE CONLON
MAGISTRATE JUDGE SCHENKIER

**COUNT ONE**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about October 1, 2007, at Oak Lawn, in the Northern District of Illinois, Eastern Division,

SAMUEL SHABAZ,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of bank employees approximately $51,091 in United States currency money belonging to, and in the care, custody, control, management, and possession, of TCF Bank located at 9801 S. Cicero Avenue, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113 (a).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about April 26, 2007, at Oak Lawn, in the Northern District of Illinois, Eastern Division,

### SAMUEL SHABAZ,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of bank employees approximately $22,000 in United States currency belonging to, and in the care, custody, control, management, and possession, of TCF Bank located at 9801 S. Cicero Avenue, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113 (a).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about September 21, 2007, at Oak Lawn, in the Northern District of Illinois, Eastern Division,

### SAMUEL SHABAZ,

defendant herein, by force and violence, and by intimidation, did attempt to take from the person and presence of bank employees money belonging to, and in the care, custody, control, management, and possession, of Standard Bank located at 4700 W. 111th Street, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113 (a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3