Minute Order Form (rev. 4/99)

07 GJ 1217

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE CONLON | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE SCHENKIER |
|---|---|---|---|
| CASE NUMBER | 07 CR 0855 | DATE | FEBRUARY 27, 2008 |
| CASE TITLE | US v. SAMUEL SHABAZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**FILED**
FEB 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials _____
Date/time received in Central Clerk's office _____

Number of notices _____
Date docketed _____
Docketing dpty. initials _____
Date mailed notice _____
Mailing dpty. initials _____

DOCKET#