**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA          )
                                  )
              v.                  )     No. 07 CR 855
                                  )
                                  )     JUDGE CONLON,
SAMUEL SHABAZ                     )
                                        MAGISTRATE JUDGE SCHENKIER

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

1.    No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

                              Respectfully,

                              PATRICK J. FITZGERALD
                              United States Attorney

                    By: _____

                              Assistant U.S. Attorney