# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 3/3/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. SAMUEL SHABAZ | | |

**DOCKET ENTRY TEXT**

Arraignment and Motion hearing held. Defendant enters a plea of not guilty to the superceding indictment. Defendant's discovery motions [23], [24], [25], [26], [27] and [28] are stricken without prejudice for failure to comply with local rules and this court's standing order. The government's consolidated motions in limine [30] are moot. Defendant's motion [34] to suppress is referred to magistrate judge for report and recommendation. Defendant's motion to reset pretrial and trial dates is granted. Defendant's motion [35] to preclude the government from using DNA evidence at the trial is moot. Pretrial conference is reset on April 10, 2008 at 1:00 pm. Trial is reset on May 5, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:45

| | Courtroom Deputy Initials: | WH |
|---|---|---|