## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 - 1 | **DATE** | 3/7/2008 |
| **CASE TITLE** | United States of America vs. Samuel Shabaz | | |

**DOCKET ENTRY TEXT**

Status conference held in chambers. By agreement, the evidentiary hearing on defendant's motion to suppress (doc. # 25) is set for 03/31/08 at 9:00 a.m.

10 min.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | mm |
|---|---|---|