UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 855 |
| | ) | |
| v. | ) | Violations:  Title 18, United |
| | ) | States Code, Section 2113 (a) |
| SAMUEL SHABAZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**AGREED MOTION FOR EXCLUSION OF TIME**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for exclusion of time under the Speedy Trial Act.  In support of this motion, the Government states as follows:

1. On December 21, 2007, the defendant was arrested pursuant to criminal complaint. The defendant appeared for an initial appearance.  On January 8, 2008, within thirty days of his arrest, the defendant was charged in the Northern District of Illinois in a one count indictment alleging that he by force and violence, and intimidation, did take from the person and the presence of others money belonging to, and in the care, custody, control, management, and possession, of the TCF bank, 9801 S. Cicero Avenue, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113 (a).

2.	This court held a hearing on all pre-trial motions on March 3, 2008, at which time trial was scheduled for May 5, 2008. This court also referred the defendant's motion to suppress to Magistrate Judge Scheinkier. Judge Scheinkier scheduled the suppression hearing for March 31, 2008.

3.	The government moves to exclude time under the Speedy Trial Act from March 3, 2008, through and including March 31, 2008.

a.	Under 18 U.S.C. § 3161 (c)(1), the trial of a defendant "shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs." In this case, the defendant first appeared before this Court on January 15, 2008. Therefore, under 18 U.S.C. § 3161 (c)(1), the defendant's trial must commence within seventy days of January 15, 2008, unless the Court finds that time is excluded.

4.  In this case, the Court has referred the defendant's motion to Judge Scheinkier for a suppression hearing. Accordingly, the parties must prepare for the hearing. Thus, time should be excluded pursuant to 18 U.S.C. § 3161 (h)(1)(F).

5.  Counsel for defendant has no objection.

6.  A proposed agreed order reflecting the same follows.

Respectfully submitted,

PATRICK J. FITZGERALD

/S/Nathalina A. Hudson

Nathalina A. Hudson
Assistant United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
312-353-1123

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  07 CR 851 |
| v. | ) | |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ | ) | |

### ORDER TO EXCLUDE TIME

THIS CAUSE coming to be heard upon the government's motion to exclude time, pursuant to 18 U.S.C. § 3161, the Court hereby finds:

1. The defendant appeared for a motion hearing on March 3, 2008. This Court referred the defendant's Motion to Suppress to Judge Scheinkier.

2. A suppression hearing was set for March 31, 2008.

3. Time is ordered excluded in this matter for preparation for the Suppression hearing pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8).

4. Time is ordered excluded from March 3, 2008, through and including March 31, 2008.

ENTER:

_____
SUZANNE E. CONLON
United States District Court Judge

Dated: March 14, 2008