IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 855 |
| v. | ) | |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ | ) | |

**ORDER TO EXCLUDE TIME**

THIS CAUSE coming to be heard upon the government's motion to exclude time, pursuant to 18 U.S.C. § 3161, the Court hereby finds:

1. The defendant appeared for a motion hearing on March 3, 2008. This Court referred the defendant's Motion to Suppress to Judge Scheinkier.

2. A suppression hearing was set for March 31, 2008.

3. Time is ordered excluded in this matter for preparation for the Suppression hearing pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8).

4. Time is ordered excluded from March 3, 2008, through and including March 31, 2008.

ENTER:

*[signature]*
SUZANNE E. CONLON
United States District Court Judge

Dated: March 17, 2008