UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 855 |
| | ) | |
| SAMUEL SHABAZ, | ) | Judge Suzanne Conlon |
| | ) | |
| Defendant. | ) | |

**EMERGENCY MOTION TO RE-SET PRE-TRIAL & TRIAL DATES**

Now comes Samuel Shabaz, by his attorney Ellen R. Domph moves this Honorable Court to re-set pre-trial and trial dates. In support thereof, it is stated:

1. On February 27, 2008, this Court set a plea cut-off, or a pre-trial conference date for April 10, 2008, whichever is applicable, and a trial date of May 5, 2008. These dates were set in part based upon the government's representations that all DNA evidence/analysis that it intended to use at trial would be completed and tendered to counsel or her expert, for second opinion testing, by March 14, 2008. At the time, the DNA evidence the government intended to use was allegedly derived from an earpiece found at the scene of a bank robbery.

2. As of April 1, 2008, neither Mr. Shabaz nor his expert has been tendered any reports by government experts based upon a comparison of the samples taken from Mr. Shabaz on February 22, 2008 to the extract from the earpiece which was promised to be completed by March 14, 2008. Moreover, Mr. Shabaz's expert did not receive the earpiece until 3/20/08 and DNA extracts and amplicons from Illinois State Police until 3/27/08. These items are necessary to conduct second

opinion testing on behalf of Mr. Shabaz.

3. In addition, on or about March 25, 2008, Mr. Shabaz received a new report from the government concerning the DNA analysis of a fake mustache allegedly used in a charged bank robbery. The item was submitted to the Illinois State Police laboratory on November 5, 2007. The date of the report is March 14, 2008, some four months after submission.

4. Mr. Shabaz's expert was informed on March 31, 2008 that she would receive the fake moustache on April 1, 2008. The DNA extracts and the following additional necessary items regarding this DNA sample have not yet been received:

> A copy of the complete laboratory case file for Agency case # 07-12902, including all raw data, bench notes, slot clots, forms and paperwork, electropherograms (i.e. Gene Scan and/or Genotyper), all technical or peer reviews, and plate sheets and a CD copy of the electropherograms;

> A copy of the allele frequency tables used to calculate the statistics and the frequency calculations performed in this case.

A second opinion test cannot be performed without these items

5. Mr. Shabaz, through his counsel was informed by his expert that the turn around time for completing the DNA testing is 4 weeks from the time that all of the evidence has been received. Not all of the evidence has been received as of April 1, 2008 and Mr. Shabaz is unaware of when all of evidence will be in the hands of his expert.

6. As a consequence, Mr. Shabaz cannot proceed to a pre-trial conference or change of plea on April 10, 2008 because not all the evidence is available for him to make an informed and rational decision about the course of action to take in this matter. Moreover, since Mr. Shabaz is unaware of the exact dates his expert will

have a complete and comprehensive file, his expert, who needs four weeks to complete testing after receiving all evidence, cannot inform counsel of the date her results will be available to confer with counsel. Consequently, the May 5, 2008 trial date does not provide Mr. Shabaz's counsel with adequate time to provide effective assistance of counsel, through no fault of hers or Mr. Shabaz.

7. Finally, as of April 1, 2008, the evidentiary hearing on Mr. Shabaz's motion to suppress statements is not completed. The second day of testimony is set for April 1, 2008. The outcome to that motion is also critical to Mr. Shabaz's informed decision making in this case.

WHEREFORE, Mr. Shabaz prays this Honorable Court re-set the plea or pre-trial conference date, as well as the trial date due to the complexity of this case.

    Respectfully submitted,

    S/Ellen R. Domph

Ellen R. Domph
53 W. Jackson Blvd., Suite 1544
Chicago, IL 60604
312-922-2525

3