IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 07- CR-855 |
| | ) | **Judge Suzanne Conlon** |
| **SAMUEL SHABAZ,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:    United States Attorney's Office
          Nathalina Hudson
          Michelle Nasser Weiss
          219 South Dearborn St.
          Chicago, Illinois 60604

      Please be advised that on April 7, 2008 at 9:00 a.m. I shall appear before the Honorable Suzanne Conlon, United States District Court for the Northern District of Illinois, and present the attached ***MOTION TO RE-SET PRE-TRIAL & TRIAL DATES***

                                                                       S/Ellen R. Domph
                                                           ELLEN R. DOMPH


## CERTIFICATE OF SERVICE

      I, ELLEN R. DOMPH, Attorney at Law, hereby certify that I caused to mailed/hand delivered/***electronically mailed*** /faxed/copies of the attached <u>Motions</u> to the aforementioned persons on the <u>1st</u> day of April 2008.

                                                            S/Ellen R. Domph
                                                           ELLEN R. DOMPH

ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525