# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 4/1/2008 |
| **CASE TITLE** | United States of America vs. Samuel Shabaz | | |

**DOCKET ENTRY TEXT**

Evidentiary hearing held and continued to 4/3/08 at 12:00 p.m..

1 hour

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | mm |
|---|---|---|