# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 - 1 | **DATE** | 4/3/2008 |
| **CASE TITLE** | United States of America vs. Samuel Shabaz | | |

**DOCKET ENTRY TEXT**

Evidentiary hearing held and continued to 4/8/08 at 10:00 a.m. Evidence presented. The parties are to submit to chambers any authority in support of their case by the close of business on 4/4/08.

Docketing to mail notices.
*Copy to judge/magistrate judge.

02:01

| | Courtroom Deputy Initials: | mm |
|---|---|---|