# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 4/1/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. SAMUEL SHABAZ | | |

**DOCKET ENTRY TEXT**

Defendant Samuel Shabaz's emergency motion to reset pre-trial and trial dates is entered and continued to April 7, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|