Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 4/7/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. SAMUEL SHABAZ | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant Shabaz's motion [49] to reset pretrial conference and trial dates is granted on good cause shown. Trial is reset from 5/5/08 to 6/18/08 at 9:00 a.m. Pretrial conference is reset from 4/10/08 to 6/16/08 at 2:00 p.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:07-cr-00855   Document 56   Filed 04/07/2008   Page 1 of 1

07CR855 UNITED STATES OF AMERICA vs. SAMUEL SHABAZ                                                              Page 1 of 1