# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 - 1 | **DATE** | 4/11/2008 |
| **CASE TITLE** | United States of America vs. Samuel Shabaz | | |

**DOCKET ENTRY TEXT**

Evidentiary hearing held. The Court recommends that the defendant's motion to suppress (doc. # 34) be denied for the reasons stated on the record. Specific written objections to this recommendation may be served and filed within 10 business days from the date that this order is served. Fed.R.Civ.P. 72(b). Failure to file objections with the district court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this court in the report and recommendation. See *Video Views, Inc. v. Studio 21, Ltd.* 797 F.2d 538,539 (7th Cir.1986). All matters subject to the referral having been concluded, the referral is hereby terminated.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:50

| | Courtroom Deputy Initials: | mm |
|---|---|---|