FD-395 (Rev. 11-5-02)

## ADVICE OF RIGHTS

Place _@ Calumet City, Il_
Date _12/21/07_
Time _8:53 Am_

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during the questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed _Refused to sign_

Witness: _S.A. West    FBI Chicago S.A._
Witness: _[illegible]   FBI  SA   Det [illegible] Oaklawn P.D_
Time: _8:57 AM   12/21/2007   Det Kane #137 OLPD_

**EXHIBIT A**

Shabaz   07 CR 855                              000000013

FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

## CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   a) Premises at 12703 S. Carondolet Ave Chicago, IL 60633

   b) White Dodge Van IL Tag 7086199 located in driveway of 12703 S. Carondolet Ave, Chicago, IL 60633

   c) Green Dodge Van located in driveway of 12703 S. Carondolet Ave, Chicago, IL

   d) Silver Nokia cellular phone telephone # 708/843-1254

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

12-21-07                    Sam Shalan
Date                        Signature

Witness                     [signature]
                            Brent
                            DET. [signature] #307 OAK LAWN POLICE DEPT

EXHIBIT B

Shabaz   07 CR 855                              000000014