IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07- CR-855 |
| ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ, ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

TO:  United States Attorney's Office
 AUSA Nathalina Hudson
 Michelle Nasser Weiss
 219 South Dearborn St.
 Chicago, Illinois 60604

I, ELLEN R. DOMPH, Attorney at Law, hereby certify that I hand delivered/ electronically served /mailed/ faxed copies of *OBJECTION S TO MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATIONS DENYING MR. SHABAZ'S MOTION TO SUPPRESS STATEMENTS* to the above mentioned persons on the April 23, 2008.


S/ELLEN R. DOMPH


ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525