UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  07 CR 855 |
| | ) | |
| | ) | Judge Suzanne B. Conlon |
| | ) | |
| v. | ) | Violations: Title 18, United |
| | ) | States Code, Section 2113 (a) |
| SAMUEL SHABAZ | ) | |

**MOTION FOR EXCLUSION OF TIME**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for exclusion of time under the Speedy Trial Act. In support of this motion, the Government states as follows:

1. On December 21, 2007, the defendant was arrested pursuant to criminal complaint. The defendant appeared for an initial appearance. On January 8, 2008, within thirty days of his arrest, the defendant was charged in the Northern District of Illinois in a one count indictment alleging that he by force and violence, and intimidation, did take from the person and the presence of others money belonging to, and in the care, custody, control, management, and possession, of the TCF bank, 9801 S. Cicero Avenue, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113 (a).

2. The defendant appeared for an arraignment before this Court on January 15, 2008, at which time trial was scheduled to commence on April 7, 2008. Ellen Domph appeared on behalf of the defendant. A pre-trial conference date was set for March 3, 2008. Pre-trial motions were filed by February 11, 2008. On January 22, 2008, the government moved to exclude time until February

11, 2008. This Court granted the government's motion, and excluded time until February 11, 2008.

3. This Court held a hearing on all pre-trial motions on March 3, 2008, at which time trial was rescheduled for May 5, 2008. This Court also referred the defendant's Motion to Suppress to Magistrate Judge Schenkier for a hearing. Magistrate Judge Scheinkier scheduled the suppression hearing for March 31, 2008. On March 14, the government moved to exclude time from March 3, 2008 until March 31, 2008. On March 17, 2008, this court granted the government's motion to exclude time for preparation for the suppression hearing until March 31, 2008.

4. The suppression hearing began on March 31, 2008 and concluded on April 11, 2008. On April 11, 2008, the Magistrate Judge issued a report and recommendation. On April 7, 2008, this court granted the defendant's motion to move the trial date of May 5, 2008. This court set a trial date for June 18th 2008 and set the pre-trial conference for June 16th, 2008. On April, 23, 2008, the defendant objected to the Magistrate Judge's report and recommendation. The government responded to the defendant's objections to the report and recommendation on May 13, 2008.

5. The government moves to exclude time under the Speedy Trial Act from March 31, 2008, through and including June 18, 2008.

    a. Under 18 U.S.C. § 3161 (c)(1), the trial of a defendant "shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs." In this case, the defendant first appeared before this Court on January 15, 2008. Therefore, under 18 U.S.C. § 3161 (c)(1), the defendant's trial must commence within seventy days of March 31, 2008, unless the Court finds that time is excluded.

6. In this case, the Court referred the defendant's motion to suppress to Judge Schenkier for a suppression hearing, which concluded on April 11, 2008. Additionally, this court granted the defendant's motion to move the trial date and pre-trial conference until June 18th 2008 on the basis that the ends of justice is served by taking such action and outweigh the best interest of the public and the defendant in a speedy trial. As of this date, the defendant is still in the process of analyzing the government's DNA evidence. The Magistrate Judge's report and recommendation has not been adopted by this court. Accordingly, given the complexities involved in analyzing DNA evidence, the pending ruling on the defendant's motion to suppress, and the defendant's initial request to move the trial date in order to adequately prepare for trial, it is in the best interest of justice that time should be excluded pursuant to 18 U.S.C. § 3161 (h)(1)(F)(J) and (8)(A)(B)(iv).

7. A proposed order reflecting the same follows.

                Respectfully submitted,

        BY:   PATRICK J. FITZGERALD
                  United States Attorney

                  /S/Nathalina A. Hudson
                  Nathalina A. Hudson
                  Assistant United States Attorney
                  219 S. Dearborn Street
                  Chicago, IL 60604
                  312-353-1123

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  07 CR 855 |
| v. | ) | |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ | ) | |

**ORDER TO EXCLUDE TIME**

THIS CAUSE coming to be heard upon the government's motion to exclude time, pursuant to 18 U.S.C. § 3161, the Court hereby finds:

1. The defendant appeared for a motion hearing on March 3, 2008. This Court referred the defendant's Motion to Suppress to Judge Scheinkier.

2. Judge Scheinkier scheduled a suppression hearing for March 31, 2008. This court excluded time from March 3, 2008, through and including March 31, 2008.  The suppression hearing began on March 31, 2008 and concluded on April 11, 2008.  On April 23, 2008, the defendant filed objections to the Magistrate Judge's Report and Recommendation.  On May 13, 2008, the government responded to the defendant's objections.  The Magistrate Judge's report and recommendation has not been adopted.

3. On April 7, 2008, this court granted the defendant's motion to move the trial date of May 5, 2008.  This court set a trial date for June 18th 2008 and set the pre-trial conference for June 16th 2008.

1

4. Time is ordered excluded in this matter for preparation for the suppression hearing, ruling on the defendant's motion to suppress and trial preparation pursuant to 18 U.S.C. § 3161 (h)(1)(F)(J) and (8)(A)(B)(iv).

5. Time is ordered excluded from March 31, 2008, through and including June 18, 2008.

ENTER:

_____
SUZANNE E. CONLON
United States District Court Judge

DATE:_____