UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| . | ) | No.  07 CR 855 |
| | ) | Judge Suzanne Conlon |
| | ) | |
| SAMUEL SHABAZ | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Tuesday, May 20, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Suzanne Conlon, in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the

### MOTION FOR EXCLUSION OF TIME,

in the above-captioned case, at which time and place you may appear if you see fit.

                                                Respectfully submitted,

                                                PATRICK J. FITZGERALD
                                                United States Attorney

Dated: May 14, 2008                  By:    s/Nathalina A. Hudson
                                                         NATHALINA A. HUDSON
                                                          Assistant United States Attorney
                                                          219 S. Dearborn St.
                                                          Chicago, Illinois  60604
                                                          (312) 353-1123

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that the following document:

**MOTION FOR EXCLUSION OF TIME**

was served on May 14, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                        Nathalina A. Hudson/s
                                        NATHALINA A. HUDSON
                                        Assistant United States Attorney
                                        219 South Dearborn Street
                                        Chicago, Illinois
                                        (312) 353-1123