**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 855 |
| | ) | |
| SAMUEL SHABAZ, | ) | Judge Suzanne Conlon |
| | ) | |
| Defendant. | ) | |

**MOTION TO RE-SET TRIAL DATE, OR IN THE ALTERNATIVE, TO WITHDRAW AS COUNSEL**

Now comes Samuel Shabaz, by his attorney Ellen R. Domph moves this Honorable Court to re-set the trial date, or in the alternative, to withdraw as counsel. In support thereof, it is stated:

1. On April 7, 2008, this Court set a trial date of Wednesday, June 18, 2008. At the time the Court set this date, counsel for Mr. Shabaz informed the court that she was unavailable on that date because she was due to begin a complex trial in state court-a shaken baby case-involving scientific evidence and expert testimony of out-of state witnesses, the following Monday, June 23, 2008.

2. Mr. Shabaz is charged in the instant case with committing three bank robberies. The government's case consists of at least alleged witnesses to these bank robberies, as well as law enforcement and a DNA expert. It is counsel's professional judgment that the government cannot conclude its case in three days, let alone, the defense, if it decides to put on a case. Even if the matter could conclude in three days, counsel, who is a sole practitioner, cannot provide

effective assistance of counsel to either client if she is compelled to try two, complex cases back-to-back.

3. Moreover, counsel for Mr. Shabaz, during the week of June 16, 2008 will be preparing for the trial in the shaken baby case. Said case -*In the Matter of Dominik Zimoch*, a minor, 06 JA 801 is before the Honorable Stephen Brodhay, in the Circuit Court of Cook County, Child Protection Division. Counsel represents the father of the minor child, Greg Zimoch. Said matter was scheduled for trial on February 28, 2008 and re-set for trial on that date, due to the unavailability of certain expert witnesses. The trial was re-set for June 23-25, 2008 based specifically on the availability of the State's expert, Dr. Daniel Leonhardt, who resides out-of state and counsel's expert, Dr. John Plunkett who also resides out-of-state in Minnesota. Said case is a 2006 case and involves multiple parties-the office of the cook county public guardian, the office of the cook county state's attorney, attorney for father and attorney for mother.

4. Counsel for Mr. Shabaz cannot continue the state court matter and must be available to prepare for her case prior to the commencement of the trial. Consequently, she is unavailable to proceed in the instant case on June 18, 2008.

5. Counsel is available to try this case anytime in the month of August.

6. In the event this Court chooses not to continue the trial date, counsel moves to withdraw as counsel, as she cannot provide assistance of counsel to Mr. Shabaz on June 18, 2008.

WHEREFORE, Mr. Shabaz prays this Honorable Court re-set the trial date, or in the

alternative permit her to withdraw instanter.

              Respectfully submitted,

              S/Ellen R. Domph

Ellen R. Domph  
53 W. Jackson Blvd., Suite 1544  
Chicago, IL 60604  
312-922-2525