May 29, 2008

Judge Suzanne B. Conlon
219 S. Dearborn St.
Chicago, IL 60604

**FILED**
JUN - 3 2008
JUN -3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Case 07 CR 855, United States v. Samuel Shabaz

Judge Conlon,

This letter is concerning my attorney of record, Ellen R. Domph, who was appointed to me by the court.

For several months now I have been instructing Ms. Domph to secure certain documents and information regarding my case. As of this date she hasn't done this. I gave Ms. Domph specific instructions on what to include in our Objection to Magistrate Judge Schenkier's recommendation on our Motion to Suppress. Not only did Ms. Domph fail to do as I instructed, but she made no attempt to contact me concerning this. I have written Ms. Domph about these and other matters. My letters go unanswered. In addition, Ms. Domph is providing me only the vaguest information on, and explanations of, several other issues with my case, even resorting to deception regarding a particular set of documents.

Since the very first day Ms. Domph was appointed to me, I have made it clear to her that I require, in a timely manner, copies of all correspondence having to do with my case that she has with anyone, as well as being kept informed of any

—verbal communications she has that concern my case. I made it clear to Ms. Domph that I need to be kept up-to-date regarding all aspects of my case. Ms. Domph has done only the bare minimum keeping me up-to-date.

June 16 is fast approaching and I remain in the dark about a number of issues with my case. It's virtually impossible to reach Ms. Domph on the telephone, and she hasn't been to see me here at the old Kankakee County jail since March 26.

For all the reasons stated above, I am now informing the court, by way of this letter, that I am dismissing Ms. Domph as my attorney of record. I will not have an attorney represent me who clearly does not have my best interests in mind and who wishes to keep me in the dark, even to the point of deceiving me. I now request the court to appoint me an attorney, someone who is diligent and will ensure I am kept abreast of all the issues in my case.

Thank you for your time and consideration in this most important matter.

Sincerely,

*Samuel Shabaz*

Samuel Shabaz 400121
400 E. Merchant St.
Kankakee, IL 60901

cc: U.S. District Court Clerk's Office
    Ellen R. Domph
    File

page 2 of 2