Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 6/2/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. SAMUEL SHABAZ | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION PURSUANT TO THE ORDER ISSUED MAY 30, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.
Copy to magistrate judge.

| | Courtroom Deputy Initials: | WH |
|---|---|---|