UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 855 |
| | ) | |
| SAMUEL SHABAZ, | ) | Judge Suzanne Conlon |
| | ) | |
| Defendant. | ) | |

**EMERGENCY MOTION TO WITHDRAW AS COUNSEL**

Now comes Samuel Shabaz, by his attorney Ellen R. Domph and moves this Honorable Court to withdraw as counsel. In support thereof, it is stated:

1. On June 4, 2008 counsel received a letter via an electronic filing (Document 69), written by Mr. Shabaz to this Court concerning her representation of him. In his letter, Mr. Shabaz accuses counsel of various inactions and actions, including deception and requests that counsel be dismissed. It is apparent by the tone and content of Mr. Shabaz's letter that the attorney-client relationship has deteriorated and is no longer viable.

2. Moreover, on June 5, 2008, counsel visited Mr. Shabaz and it was made clear that he longer wished for her to represent him and would no longer cooperate with her in the defense of his case. Consequently, irreconcilable differences have arisen between counsel and her client, causing an irretrievable breakdown in the attorney-client relationship. The foundation of trust between attorney and client is eroded, making further representation of Mr. Shabaz impossible.

3. Counsel, therefore, requests that she be permitted to withdraw as counsel of

record for Mr. Shabaz instanter, and new counsel be appointed immediately.

WHEREFORE, Mr. Counsel prays this Honorable Court to permit her to withdraw instanter.

          Respectfully submitted,

          S/Ellen R. Domph

Ellen R. Domph
53 W. Jackson Blvd., Suite 1544
Chicago, IL 60604
312-922-2525