IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 07- CR-855 |
| | ) | Judge Suzanne Conlon |
| **SAMUEL SHABAZ,** | ) | |
| **Defendant.** | ) | |

### NOTICE OF EMERGENCY MOTION

TO:  United States Attorney's Office
  Nathalina Hudson
  Michelle Nasser Weiss
  219 South Dearborn St.
  Chicago, Illinois 60604

  Please be advised that on June 6, 2008 at 9:00 a.m. I shall appear before the Honorable Suzanne Conlon, United States District Court for the Northern District of Illinois, and present the attached ***MOTION TO WITHDRAW AS COUNSEL***

  S/Ellen R. Domph
  ELLEN R. DOMPH


### CERTIFICATE OF SERVICE

  I, ELLEN R. DOMPH, Attorney at Law, hereby certify that I caused to mailed/hand delivered/***electronically mailed****/*faxed/copies of the attached Motions to the aforementioned persons on the 5th day of June 2008.

  S/Ellen R. Domph
  ELLEN R. DOMPH

ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525