## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 6/05/08 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. SAMUEL SHABAZ | | |

**DOCKET ENTRY TEXT**

Defendant's motion to reset the June 18, 2008 trial date or, alternatively, to permit appointed counsel Ellen R. Domph to withdraw [67] is denied. SEE BELOW FOR DETAILS.

■ [ For further details see text below.]

### STATEMENT

Samuel Shabaz has been in custody for almost six months awaiting trial on two charges of robbing the same bank, and one charge of attempted bank robbery. The trial date has been extended three times. The June 18th trial date was set two months ago. Contrary to defendant's characterizations, this is not a complex case. The court finds the government's three-day trial time estimate reasonable. The court does not find defendant's motion, two weeks before trial, for a continuation sometime in August reasonable under all the circumstances. Counsel has had sufficient time to prepare for trial and, indeed, she does not suggest otherwise. Rather, the present motion is based on counsel's trial in a state child protection case on June 23-25 also set months ago.

    Defense counsel was appointed when this case was initiated by a criminal complaint in December 2007. She has aggressively represented defendant and challenged the government's evidence by multiple motions. She has continued to represent defendant knowing that she has a trial set in another case the week following trial in this case. She has not shown, given the months available for trial preparation, why she is unable to handle both cases. The court does not find a fourth trial extension in the interests of justice.

    Before the pretrial conference on June 16th, counsel for the government and defendant shall meet to discuss stipulations on potentially uncontested matters, such as whether the two banks involved were federally insured and bank record exhibits. The court requests the government to complete its case in chief by early afternoon on June 19th, so defendant has an ample opportunity to present a case, if he wishes. If this trial cannot be completed on June 20th, the court will request the state court judge to continue counsel's case or recess this trial until June 26th.

Courtroom Deputy Initials: WH