## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Rebecca R. Pallmeyer |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 - 1 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Samuel Shabaz | | |

**DOCKET ENTRY TEXT**

By agreement, change of plea hearing set for 6/13/2008 at 12:30. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiations.  (X-7)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|