# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 6/6/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. SAMUEL SHABAZ | | |

**DOCKET ENTRY TEXT**

The second motion by appointed counsel Ellen R. Domph to withdraw, filed as an emergency motion and improperly noticed for hearing today, [72] is denied. *See also* the order of June 5, 2008, which details the reasons for denial of Ms. Domph's motion for a fourth trial continuance or alternatively to withdraw. On the court's own motion, the Deputy Director of the Federal Defender Program, Carol A. Brook, or an experienced FDP staff attorney designated by Ms. Brook, is appointed co-counsel for Mr. Shabaz. The pretrial conference on June 16, 2008 and trial on June 18, 2008 stand.

*[Signature: Suzanne B. Conlon]*

Notices mailed by Judicial staff

| | Courtroom Deputy Initials: | WH |
|---|---|---|