## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon *RRP* | Sitting Judge if Other than Assigned Judge | Rebecca R. Pallmeyer |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 6/13/2008 |
| **CASE TITLE** | USA vs. Samuel Shabaz | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant Shabaz withdraws plea of not guilty and enters a conditional plea of guilty to Count 1, 2 and 3 of the Superseding Indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Status hearing set for 6/16/2008 at 2:00 before Judge Conlon to stand.

Docketing to mail notices.

00:29

| | Courtroom Deputy Initials: | ETV |
|---|---|---|