# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 855 | **DATE** | 6/16/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. SAMUEL SHABAZ | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant is present. Sentencing is set on August 26, 2008 at 1:30 p.m. A presentence investigation is ordered. The government shall submit its version of the offense to the probation office by June 19, 2008. Any objections to the presentence report shall be filed by August 18, 2008, with a courtesy copy to chambers. The pretrial conference set on June 16, 2000 and the trial set on June 18, 2008 are vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | WH |
|---|---|---|