IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07- CR-855 |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ, | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR PROBATION TO RELEASE CRIMINAL HISTORY RECORDS**

Now comes Samuel Shabaz by his attorney, Ellen R. Domph and moves this Honorable Court for an order for the United States Probation office to release Samuel Shabaz's criminal history records in its possession to his counsel and the government. In support thereof it is stated:

1. During the course of its presentence investigation the probation office acquires Mr. Shabaz's criminal history records.

2. In order for counsel to view the records outside of the offices of United States Probation, the probation office requires a court order.

3. It is necessary for counsel to view the records the probation office will rely upon because criminal history is an issue for sentencing.

1

4. The government is in agreement and has no objection to this motion.

S/ELLEN R. DOMPH

ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525