IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07- CR-855 |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ, | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

TO:  United States Attorney's Office
AUSA Nathalina Hudson
Michelle Nasser Weiss
219 South Dearborn St.
Chicago, Illinois 60604

I, ELLEN R. DOMPH, Attorney at Law, hereby certify that I hand delivered/ *electronically served* /mailed/ faxed copies of **AGREED MOTION FOR RELEASE OF RECORDS** to the above mentioned persons on the July 30, 2008.


S/ELLEN R. DOMPH


ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525