UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 855 |
| | ) | |
| SAMUEL SHABAZ, | ) | Judge Suzanne Conlon |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO RE-SET SENTENCING DATE**

Now comes Samuel Shabaz, by his attorneys Ellen R. Domph and Daniel G. Martin and move this Honorable Court to re-set the sentencing date in this matter. In support thereof, it is stated:

1. On June 13, 2008 Mr. Shabaz entered a guilty plea to the three count superseding indictment. The sentencing date was set for August 26, 2008. Mr. Shabaz's sentencing memorandum is due on August 18, 2008.

2. On August 6, 2008 a copy of the pre-sentence investigation report was picked up by Ms. Domph's secretary at the United States Probation office. Ms. Domph was out of town and returned to the office on August 8, 2008. On that date she spoke telephonically with Mr. Shabaz and he had not yet received the PSI. In addition, Mr. Martin, co-counsel in this matter has not yet received the PSI. Mr. Shabaz is in Kankakee County jail and counsel must travel there to review the PSI with him prior to filing objections which are due on August 18, 2008.

3. Moreover, counsel just received a copy of Mr. Shabaz's criminal history records from probation, as ordered by this Court, today, on August 11, 2008. Such records

    are voluminous and critical to a paramount sentencing issue-whether Mr. Shabaz is a career offender. Counsel have also issued requests through an investigator for records, and to date, have not received them.

4. The government proposes a guideline sentence in this case which calls for a range of 262-237 based on career offender status. Counsel believes such a sentence is not only inappropriate under 18 USC 3553, but may not be warranted under the requirements of Guideline 4B1.1. Only a review of the complete criminal history file and potentially the acquisition and review of transcripts of the proceedings, which span two jurisdictions, will allow counsel to make the proper determination of Mr. Shabaz's criminal history status. In addition, there are other areas of mitigation pending that require further investigation.

5. Since Mr. Shabaz is facing a significant amount of prison time with or without the career offender status, he will not be prejudiced by a delay in his sentencing. To the contrary, it will enable his counsel to render effective assistance of counsel and spend an adequate amount of time with him concerning sentencing matters.

6. The government does not object to the extension and Mr. Shabaz requests the sentencing be continued for 60 days to enable counsel to obtain the necessary material to present meaningful mitigation.

WHEREFORE, Mr. Shabaz prays this Honorable Court re-set the sentencing date and the date set for filing the sentencing memorandum in accordance with the request

herein.

                                            Respectfully submitted,

                                            _____
                                            S/Ellen R. Domph

                                            _____
                                            S/Daniel G. Martin


Ellen R. Domph
53 W. Jackson Blvd., Suite 1544
Chicago, Illinois 60604
312-922-2525

Daniel G. Martin
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
312-621-8328