**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-CR 855 |
| | ) | |
| **SAMUEL SHABAZ,** | ) | **Judge Suzanne Conlon** |
| Defendant. | ) | |

**DEFENDANT'S EMERGENCY MOTION FOR
AN ORDER ALLOWING HIM TO FILE SENTENCING MEMORANDUM
UNDER SEAL**

Now comes Samuel Shabaz, by his attorney, Ellen R. Domph and moves this Honorable Court for an order allowing him to file his sentencing memorandum under seal. In support thereof, it is stated:

1. Mr. Shabaz's sentencing memorandum is due September 15, 2008. The memorandum includes a psychological report and additional information concerning Mr. Shabaz's psychological conditions and personal information that are confidential, private and inappropriate for the public record.

2. Mr. Shabaz could not comply with the 3 day notice because the confidential information that he is seeking to seal was not available to him in its entirety until September 11, 2008. His sentencing memorandum is due on Monday, September 15, 2008 and in order for it to be filed under seal, it must have an order from the court.

WHEREFORE, SAMUEL SHABAZ prays this Honorable Court grant his motion for an order allowing him to file his sentencing memorandum on September 15,

2008 under seal.

                                            Respectfully submitted,

                                            Ellen R. Domph

Ellen R. Domph
53 West Jackson Blvd., # 1544
Chicago, Illinois 60604
312-922-2525

2