IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07- CR-855 |
| | ) | Judge Suzanne Conlon |
| SAMUEL SHABAZ, | ) | |
| Defendant. | ) | |

### NOTICE OF EMERGENCY MOTION

TO:   United States Attorney's Office
   Nathalina Hudson
   Michelle Nasser Weiss
   219 South Dearborn St.
   Chicago, Illinois 60604

   Please be advised that on September 15, 2008 at 9:00 a.m. I shall appear before the Honorable Suzanne Conlon, United States District Court for the Northern District of Illinois, and present the attached ***MOTION FOR AN ORDER ALLOWING SENTENCING MEMORANDUM TO BE FILED UNDER SEAL.***

   S/Ellen R. Domph
   ELLEN R. DOMPH


### CERTIFICATE OF SERVICE

   I, ELLEN R. DOMPH, Attorney at Law, hereby certify that I caused to mailed/hand delivered/*electronically mailed* /faxed/copies of the attached Motion to the aforementioned persons on the 11th day of September 2008.

   S/Ellen R. Domph
   ELLEN R. DOMPH

ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525